UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Suraj Singh, | |
| Plaintiff, | |
| vs. | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| United States Citizenship and Immigration Services, Emilio Gonzalez, Denise Frazier, Michael Chertoff, Robert S. Mueller III, and Michael Mukasey, | |
| Defendants. | Civ. No. 08-4763 (PJS/RLE) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this action is dismissed for failure to comply with this Court's Order of December 1, 2008, for failure to effect proper service on the Defendants, and for lack of prosecution.

DATED: January 23, 2009               s/Patrick J. Schiltz
                                      Patrick J. Schiltz
                                      United States District Judge